Larry G. Reed #2709
241 E. South Temple
Salt Lake City, UT 84111
Telephone: 801.870.2537
Facsimile: 801.606.7336
**Attorney for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAILEY CALHOUN AND NANETTE CALHOUN<br><br>Plaintiffs,<br><br>v.<br><br>BASS & ASSOCIATES, P.C.<br><br>Defendant. | STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE<br><br>Civil No. 2:09-cv-00664<br><br>Judge Dale A. Kimball |

MOTION

Plaintiffs, by and through their counsel of record, Larry G. Reed, hereby move the above entitled Court, pursuant to the provisions of Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, for the dismissal of the above captioned matter, with prejudice.

This Motion is based on the fact that plaintiffs' claims have been fully adjusted, compromised and settled.

Dated this 11 day of November, 2009.

_____
Larry G. Reed
Attorney for Plaintiffs

## STIPULATION

Defendant, by and through its counsel of record, Caleb Frischknecht, hereby stipulates to the dismissal of the above captioned action.

Dated this 17 day of November, 2009.

_____
Caleb Frischknecht
Attorney for Defendant